234 F.2d 664
 James A. GENTRY
v.
Charles R. HAGAN, Warden of the Federal Reformatory at El
Reno, Oklahoma, et al.
 No. 5376.
 United States Court of Appeals Tenth Circuit.
 May 24, 1956.
 
 Arthur E. Ryman, Jr., Denver, Colo., for appellant.
 Paul W. Cress, U.S. Atty., and H. Dale Cook and George Camp, Asst. U.S. Attys., Oklahoma City, Okl., for appellees.
 Before BRATTON, Chief Judge, and MURRAH and PICKETT, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed without opinion.